JS-6

LEWIS BRISBOIS BISGAARD & SMITH LLP
ARTHUR K. CUNNINGHAM, SB# 97506
 E-Mail: Arthur.Cunningham@lewisbrisbois.com
STEPHANIE J. TANADA, SB# 257769
 E-Mail: Stephanie.Tanada@lewisbrisbois.com
ERIC T. ANGEL, SB# 293157
 E-Mail: Eric.Angel@lewisbrisbois.com
650 East Hospitality Lane, Suite 600
San Bernardino, California 92408
Telephone: 909.387.1130
Facsimile: 909.387.1138

Attorneys for Defendant
COUNTY OF RIVERSIDE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| JOSEPH L. MACIEL, | CASE NO. EDCV14-02335-GW(SPx) |
|---|---|
| Plaintiff, | **ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| CITY OF CORONA, et al., | Trial Date: None Set |
| Defendants. | |

**GOOD CAUSE APPEARING AND THE PARTIES HAVING STIPULATED**,

**IT IS ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

1. The entire action is dismissed with prejudice.

2. All parties shall bear their own attorneys fees and costs.

4814-7248-2339.1

[PROPOSED] ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

1 **IT IS SO ORDERED, ADJUDGED AND DECREED.**

2

3

4  DATED: April 16, 2015

5

6                                            By: _____
7                                                 GEORGE H. WU, U.S. District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS

4814-7248-2339.1

2

[PROPOSED] ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE